Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Melendez, J.), imposed March 21, 2016, on the ground that the sentence was excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s purported waiver of his right to appeal was invalid (see People v Flores, 139 AD3d 753 [2016]). Thus, the purported waiver does not preclude review of the defendant’s excessive sentence claim (see People v Lopez, 6 NY3d 248, 257 [2006]). Nevertheless, contrary to the defendant’s contention, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Dillon, Miller, Hinds-Radix and Iannacci, JJ., concur.